**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6823

JACK MCRAE,

                                    Petitioner - Appellant,

          versus

DISTRICT OF COLUMBIA PAROLE BOARD; DISTRICT OF
COLUMBIA DEPARTMENT OF CORRECTIONS; UNITED
STATES BUREAU OF PRISONS; UNITED STATES PAROLE
COMMISSION,

                                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-283-3)

Submitted:  August 29, 2002       Decided:  September 23, 2002

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jack McRae, Appellant Pro Se.  Joan Elizabeth Evans, Assistant
United States Attorney, Richmond, Virginia; Carol Paskin Epstein,
Michael Alan Stern, ASSISTANT CORPORATION COUNSEL, D.C.,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jack McRae seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that McRae has not made a substantial showing of the denial of a constitutional right. See McRae v. D.C. Parole Bd., No. CA-01-283-3 (E.D. Va. May 13, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2